USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 20, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Jose Quezada, *on behalf of himself and all others similarly situated*,

                **Plaintiffs,**

        v.

Costar Group, Inc.

                **Defendant.**

---

**21-cv-4066-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Dated:    July 20, 2021
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**